UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON M. WOODRUM,<br><br>     Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., PAR, INC., SLINGERS TRANSPORT LLC, WILLIAM T. MATTINGLY and DESIREE J. MATTINGLY,<br><br>     Defendants. | CASE NO.:  1:17-cv-00001-TWP-MPB |

## BRIEF IN RESPONSE TO MOTION TO DISMISS

Defendants have moved to dismiss Plaintiff's claims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Dkt. 24.  Defendants' arguments all rest on Defendants' assertion that Congress has repealed 15 U.S.C. § 1692f.[1]  Congress has not repealed 15 U.S.C. § 1692f.  *See, e.g.,* 15 U.S.C. § 1692f; *Mahjub v. Rent Recover of Better Noi*, 2017 U.S. Dist. LEXIS 33653 *16 (N.D. Ill. Mar. 9, 2017) (refusing to dismiss a § 1692f claim on other grounds, yesterday); *Hill v. Woods*, 2017 U.S. Dist. LEXIS 18413 *16-22 (S.D. Ind. Feb. 9, 2017) (dismissing § 1692f claim on other grounds); *Mashiri v. Epsten Grinnell & Howell*, 845 F.3d 984 (9th Cir. 2017) (discussing continued viability of § 1692f(6) claim on remand); *see also* Stop Debt Collection Abuse Act of 2017, 115 H.R. 864, 2017 H.R. 864, 115 H.R. 864 (proposing an amendment to § 1692f).

---

[1] Perplexingly, Defendants cite only 15 U.S.C.§ 1692(e) (sic, presumably 1692e), which is still good law, 15 U.S.C. § 1692(f) (sic, presumably 1692f), which is still good law, and *Townsend v. Quantum3 Grp.,, LLC,* 535 B.R. 415 (M.D. Fla. 2015), which discusses the <u>implied</u> repeal of <u>both</u> § 1692e and § 1692f by the bankruptcy code in a very narrow circumstance, in support of the proposition that § 1692f has been repealed.  Nothing Defendants cite, perhaps for obvious reasons, even hints at a suggestion that Congress has repealed § 1692f.

2

                                        Respectfully submitted,

                                        s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

## Certificate of Service

      Attorney for Plaintiff hereby certifies that service of this document was made by electronic mail pursuant to the Court's CM/ECF system upon all counsel of record this 10th day of March, 2017.

                                        s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com